Alan J. AIRINGTON, Claimant–Appellant,

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7188.

United States Court of Appeals, Federal Circuit.

June 19, 2012.

Thomas R. Bender, Chisholm Chisholm & Kilpatrick, LLP, of Providence, Rhode Island, argued for claimant-appellant. On the brief was Zachary M. Stolz.

James Sweet, Trial Attorney, United States Department of Justice, of Washing-ton, DC, argued for respondent-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Tracey P. Warren, Staff Attorney, United States Department of Veterans Affairs, of Washing-ton, DC.

NEWMAN, MOORE, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**